RAMÓN VEGA SOLTERO y ULPIANO COMAS LÓPEZ, recurrentes, *v.* EL REGISTRADOR DE LA PROPIEDAD DE SAN GERMÁN, recurrido.

No. 843.—*Sometido:* Abril 23, 1931. *Resuelto:* Mayo 8, 1931.

*M. del Toro Colberg,* abogado de los recurrentes; el registrador recurrido compareció por escrito.

EL JUEZ PRESIDENTE SEÑOR DEL TORO, emitió la opinión del tribunal.

Antonio Valle Bonilla y Ramón Vega Soltero comparecieron ante notario público, exponiendo el primero que lo hacía ''en su carácter de Presidente de la Sociedad Civil 'Cuna de Betances,' establecida en Cabo Rojo, autorizado debidamente para este acto por la Junta General de Accionistas de dicha misma sociedad'', y otorgaron una escritura por virtud de la cual se hizo constar que la Sociedad ''Cuna de Betances'' había tomado a préstamo al segundo compareciente la suma de $1,800 y para garantizar la deuda constituía hipoteca sobre una finca urbana de que la sociedad era dueña y que tenía inscrita a su nombre en el Registro de la Propiedad de San Germán.

Presentada la escritura, acompañada de copia certificada y jurada del acuerdo de la Junta General de Accionistas de la Sociedad a que la escritura se refiere, el registrador se negó a inscribirla ''por observar que la deudora hipotecante es una sociedad privada, no habiéndose acreditado en forma legal que la misma haya presentado al Secretario Ejecutivo de Puerto Rico las cláusulas de incorporación para así tener capacidad jurídica para contratar, de acuerdo con lo dispuesto en el título I, capítulo I, artículos I y VIII de la Ley aprobada por la Asamblea Legislativa de Puerto Rico de fecha 9 de marzo de 1911, denominada ''Corporaciones privadas'', libro I, capítulo II, artículo 28 del vigente Código Civil; y por observarse además que no se puede aceptar que tal sociedad civil esté formada y se rija por las disposiciones del libro IV, título VIII, capítulo I del referido texto legal, porque no se hace constar en la escritura el origen de

dicha sociedad ni la forma de su constitución y demás circunstancias propias del caso requeridas por la Ley, para que pudiera considerarse también con capacidad jurídica para contratar.''

Quizá tenga razón el registrador. Tal vez la Sociedad Civil ''Cuna de Betances'' no se encuentra debidamente constituída; pero como la casa que grava está inscrita a su nombre en el registro, no precisa indagar más, pues dispone del inmueble quien del registro aparece con derecho para ello. En tal virtud, resolvemos que debió verificarse la inscripción solicitada.

*Se revoca la nota recurrida.*